DERICK E. KONZ, SBN. 286902
   Email: dkonz@akk-law.com
WILLIAM J. BITTNER, SBN. 292056
   Email: wbittner@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants JONATHAN ESLICK, DENNIS CEMO, RUBY VERDIN HERNANDEZ, and BRANDON BELL

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALAN DEAN HILL,<br><br>                          Plaintiff,<br><br>                 vs.<br><br>JONATHAN ESLICK, et al.<br><br>                          Defendant. | Case No.: 2:25-CV-0748-DAD-JDP<br><br>**DEFENDANTS' REQUEST TO MODIFY THE PRETRIAL SCHEDULING ORDER; [PROPOSED] ORDER** |

This is a pro-per inmate case filed by Plaintiff Michael Alan Dean Hill against Defendants JONATHAN ESLICK, DENNIS CEMO, RUBY VERDIN HERNANDEZ, and BRANDON BELL ("Defendants").  There is one claim for unreasonable force under the Fourteenth Amendment.  See ECF No. 8 (Screening Order).

Defendants hereby request an order modifying the pretrial scheduling order due to delays caused by discovery issues that the parties are still working to resolve, as follows.

///

///

-1-
DEFENDANTS' REQUEST TO MODIFY THE PRETRIAL SCHEDULING ORDER; [PROPOSED] ORDER

On November 4, 2025, Defendants filed an Answer.  ECF No. 25.

On November 17, 2025, Judge Peterson issued a Discovery and Scheduling Order (ECF No. 29) that set the following deadlines:

- "The parties may conduct discovery until **March 6, 2026**. Any motions necessary to compel discovery shall be filed by that date.  All requests for discovery pursuant to Fed. R. Civ. P. 31, 22, 24, or 36 shall be served not later than sixty days prior to that date." ECF No. 29 at 5:15-17.

- "All pretrial motions, except motions to compel discovery, shall be filed on or before **May 29, 2025**." ECF No. 29 at 5:18-19.

On December 18, 2025, Defendants served Plaintiff with twelve interrogatories (Fed. R. Civ. P.  33), twelve requests for production of documents (Fed. R. Civ. P.  34), and five requests for admission (Fed. R. Civ. P.  36).

On February 12, 2026, Defendants received Plaintiff's responses to the interrogatories, but have not received responses to the requests for production of documents or the requests for admission.

On February 18, 2026, Defendants sent a meet and confer letter to Plaintiff regarding deficiencies with his interrogatory responses (not under oath and evasive/incomplete) and his non-response to the requests for production of documents and requests for admission.  Defendants provided Plaintiff fourteen (14) days to serve complete and verified responses (by March 4).

Defendants intend to take Plaintiff's deposition, however, need his complete and verified written discovery responses to conduct a satisfactory deposition.  It is very unlikely that these outstanding discovery issues will be resolved with complete and verified responses received with enough time to coordinate and notice Plaintiff's deposition by March 6, 2026.  Moreover, there is a possibility that Defendants will need to file a motion to compel discovery if Plaintiff does not provide complete and verified responses by the March 4 meet and confer deadline.  Defendants would like more than two days to prepare such a motion and, if such a motion becomes necessary, it will further delay Defendants' receipt of complete and verified responses and thus further delay their ability to coordinate and notice Plaintiff's deposition.

DEFENDANTS' REQUEST TO MODIFY THE PRETRIAL SCHEDULING ORDER; [PROPOSED] ORDER

Defendants diligently served written discovery on Plaintiff 30 days after the scheduling order was issued. Plaintiff had 45 days to respond to those requests (February 2, 2026). Plaintiff appears to have completed his responses to the interrogatories on February 2, 2026 based on the date that he signed them, but the responses were not received by Defendants until February 12, 2026.  No responses were received to the requests for production of documents or requests for admission.  Defendants diligently started the meet and confer process by sending a letter to Plaintiff on February 18, 2026.  There is not enough time to complete that process, receive and review complete and verified responses, and then coordinate and notice Plaintiff's deposition by March 6, 2026.

Good cause appearing, Defendants respectfully request that Judge Peterson extend the schedule by ninety (90) days, as follows:

- The parties may conduct discovery until **June 4, 2026**. Any motions necessary to compel discovery shall be filed by that date.  All requests for discovery pursuant to Fed. R. Civ. P. 31, 22, 24, or 36 shall be served not later than sixty days prior to that date.

- All pretrial motions, except motions to compel discovery, shall be filed on or before **August 27, 2026**.

Dated:  March 13, 2026                          ANGELO, KILDAY & KILDUFF, LLP

                                                                /s/ Derick E. Konz

                                                        By:_____
                                                            DERICK E. KONZ
                                                            WILLIAM J. BITTNER
                                                            Attorneys for Defendants JONATHAN
                                                            ESLICK, DENNIS CEMO, RUBY
                                                            VERDIN HERNANDEZ, and
                                                            BRANDON BELL

DEFENDANTS' REQUEST TO MODIFY THE PRETRIAL SCHEDULING ORDER; [PROPOSED] ORDER

**~~[PROPOSED]~~ ORDER**

Good cause appearing, the Court hereby modifies the Discovery and Scheduling Order (ECF No. 29) as follows:

- The parties may conduct discovery until **June 4, 2026**. Any motions necessary to compel discovery shall be filed by that date.  All requests for discovery pursuant to Fed. R. Civ. P. 31, 22, 24, or 36 shall be served not later than sixty days prior to that date.

- All pretrial motions, except motions to compel discovery, shall be filed on or before **August 27, 2026**.

All other aspects of the Discovery and Scheduling Order (ECF No. 29) shall remain unaffected.

IT IS SO ORDERED.

Dated:    March 13, 2026    

_____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE