UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL ALAN DEAN HILL,

Plaintiff,

v.

JONATHAN ESLICK, et al.,

Defendants.

No. 2:25-cv-0748 DAD JDP P

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTIONS FOR INJUNCTIVE RELIEF, TEMPORARY RESTRAINING ORDER AND TRANSFER

(Doc. Nos. 17, 18, 19, 20, 28, 31, 36)

Plaintiff Michael Alan Dean Hill is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 16, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's first motion for injunctive relief seeking a change in his prison security classification (Doc. No. 17) be denied. (Doc. No. 18.) On November 17, 2025, the magistrate judge issued findings and recommendations recommending that plaintiff's second and third motions for preliminary injunctive relief seeking an order requiring that he be housed in a sanitary cell and be transferred to the Sacramento County Jail (Doc. Nos. 19, 20) also be denied. (Doc. No. 28.) Finally, on December 10, 2025, the magistrate judge issued findings and recommendation recommending that plaintiff's motion for a temporary

restraining order prohibiting defendants from interfering with his ability to litigate this action (Doc. No. 31) be denied. (Doc. No. 36.)

Each of those pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Doc. Nos. 18 at 3; 28 at 4; 36 at 3.) To date, no objections to any of the three findings and recommendations have been filed, and in each instance the time in which to do so has long since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on September 16, 2025 (Doc. No. 18), November 17, 2025 (Doc. No. 28), and December 10, 2025 (Doc. No. 36) are adopted in full;
2. Plaintiff's motion for injunctive relief (Doc. No. 17), motion for preliminary injunction (Doc. No 19), request for transfer deemed a motion for preliminary injunction (Doc. No. 20), and motion for a temporary restraining order (Doc. No. 31) are denied; and
3. The undersigned will address the pending June 4, 2026 findings and recommendations (Doc. No. 55) in a separate order.

IT IS SO ORDERED.

Dated: **August 18, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE