UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL ALAN DEAN HILL,

Plaintiff,

v.

JONATHAN ESLICK, et al.,

Defendants.

No. 2:25-cv-0748-DAD-JDP (P)

ORDER DENYING REQUEST FOR REVIEW IN THE DISTRICT COURT

(Doc. No. 66)

On August 20, 2026, the undersigned adopted the assigned magistrate judge's findings and recommendations, dismissed this action due to plaintiff's failure to prosecute and comply with court orders. (Doc. Nos. 55, 66.) Judgement was entered that same day. On August 31, 2026, plaintiff filed a document which he characterized as a :Request for Review by Federal Judge." (Doc. 66.) The court will construe plaintiff's filing as a motion for reconsideration and deny that motion for the reasons set forth in its August 20, 2026 order. (Doc. No. 64 at 2.)

Accordingly, plaintiff's request for review (Doc. No. 66), construed as a motion for reconsideration, is denied.

IT IS SO ORDERED.

Dated: **November 5, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE